UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>NINTH JUDICIAL CIRCUIT OF FLORIDA,<br><br>　　　　Respondent. | No. C 15-5721 MEJ (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges convictions he suffered in the Ninth Judicial Circuit Court of Florida, is TRANSFERRED to the United States District Court for the Middle District of Florida, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

Petitioner also seeks leave to proceed in forma pauperis, but he has paid the filing fee. Therefore, his application for leave to proceed in forma pauperis (dkt. # 7) is denied as moot.

IT IS SO ORDERED.

DATED: January 29, 2016

　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　United States Magistrate Judge